Opinion issued February 13, 2003 












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01081-CR

____________


KEVIN ALLEN BURNS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 23rd District Court

Brazoria County, Texas

Trial Court Cause No. 41,842






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant and counsel. We have not yet issued a decision. Accordingly,
the appeal is dismissed. Tex. R. App. P. 42.2(a).

 All pending motions are denied as moot.

 The clerk of this Court is directed to issue mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).